**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**DUSTIN BOUCHER**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**
-o0O0o-

| | |
|---|---|
| DUSTIN BOUCHER, | No.   2:14-cv-00526-DAD |
| Plaintiff, | |
| | STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT |
| v. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to December 22, 2014.

This is the first extension, but the brief is already overdue.

- 1

Dated: December 22, 2014                                     /s/     Jesse S. Kaplan
                                                            JESSE S. KAPLAN
                                                            Attorney for Plaintiff

Dated: December 22, 2014                                      /s/ per e-mail authorization

                                                            DONNA W. ANDERSON
                                                            Special Assistant U.S. Attorney
                                                            Attorney for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  January 5, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\boucher0526.stip.eot.ord.docx